STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Lisa Marie Politelli

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LISA MARIE POLITELLI,

                Plaintiff,    CASE NO.: 2:20-CV-08062-MAR

    -v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

### ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that **fees and expenses** in the amount of Seven Thousand Nine Hundred Seventy-Three Dollars ($7,973.00) as authorized by 28 U.S.C. § 2412(d) and costs in the amount of Four

Hundred Dollars ($400.00) as authorized 28 U.S.C. § 1920 be awarded subject to the terms of the Stipulation.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Olinsky Law Group. Any payment of costs may be made either by electronic fund transfer (EFT) or by check.

So ordered.

Date: 7/01/22  _____
　　　　　　　　　　　　　　　Hon. Margo A. Rocconi
　　　　　　　　　　　　　　　United States Magistrate Judge

[Proposed Order proffer: Stuart T. Barasch; copy to Jennifer A. Kenney]